IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Karovic, Slobodanka B | Case Number: 07 B 12588 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 7/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 3, 2008
Confirmed: November 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,292.00 | |
| Secured: | | 10,523.72 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 768.28 |
| Other Funds: | | 0.00 |
| Totals: | 13,292.00 | 13,292.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | River North Law Group | Administrative | 2,000.00 | 2,000.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 15,000.00 | 7,499.61 |
| 6. | America's Servicing Co | Secured | 46,540.08 | 3,024.11 |
| 7. | Navistar Financial Corporation | Unsecured | 9,852.51 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 5,560.80 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 7,541.52 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 2,316.80 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 62.41 | 0.00 |
| 12. | B-Real LLC | Unsecured | 8,892.75 | 0.00 |
| 13. | American Express Centurion | Unsecured | 2,442.94 | 0.00 |
| 14. | Capital One | Unsecured | 9,045.85 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 12,980.64 | 0.00 |
| 16. | Wells Fargo Financial Illinois Inc | Unsecured | 205.21 | 0.00 |
| 17. | Cook County Treasurer | Priority | | No Claim Filed |
| 18. | BP Amoco | Unsecured | | No Claim Filed |
| 19. | Creditors Financial Group | Unsecured | | No Claim Filed |
| 20. | Account Solutions | Unsecured | | No Claim Filed |
| 21. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 22. | Account Solutions | Unsecured | | No Claim Filed |
| 23. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 122,441.51 | $ 12,523.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Karovic, Slobodanka B

Printed:  8/19/08

Case Number:  07 B 12588
Judge:  Wedoff, Eugene R
Filed:  7/15/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 469.78 |
| 6.5% | 298.50 |
| | _____ |
| | $ 768.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

